UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK TRIKOWSKY,<br><br>　　　　　　　　Defendant. | NO: CV-12-440-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80178-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION RE WITHDRAWAL OF COUNSEL |

**BEFORE THE COURT** is a copy of the Bankruptcy Court's Order Granting Motion to Withdraw as Counsel filed in the Bankruptcy Court on August 19, 2013, BCK ECF No. 67.  This Court construes the Order as a report and recommendation.  Having reviewed the report and recommendation and all

ORDER ADOPTING REPORT AND RECOMMENDATION RE WITHDRAWAL OF COUNSEL ~ 1

relevant filings, and there being no objection filed in either court, this Court hereby finds good cause to allow counsel to withdraw. Accordingly, **IT IS HEREBY ORDERED**:

    1. The report and recommendation at **ECF No. 22**, is **ADOPTED**.

    2. Dillon Jackson and the Law Firm of Foster Pepper are hereby withdrawn as counsel for Defendant Mark Trikowsky.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, to **terminate Dillon Jackson and Foster Pepper** as counsel of record, and provide copies to counsel and to Defendant at 2287 Mountain Drive, Abbotsford, BC V3G 1E6, Canada, and to Judge Patricia C. Williams.

**DATED** this 5th day of November 2013.

                                         *s/ Rosanna Malouf Peterson*
                                     ROSANNA MALOUF PETERSON
                                     Chief United States District Court Judge